

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Estate of Florencio Hernandez
Lopez, Deceased

No. 06-23-00065-CV

Appeal from the Probate Court No. 2 of
Bexar County, Texas (Tr. Ct. No. 2022-PC-
00992).   Memorandum Opinion delivered
by Justice van Cleef, Chief Justice Stevens
and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We further order that the appellant, Timothy Lopez, pay all costs incurred by reason of this appeal.

RENDERED SEPTEMBER 13, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk